

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00407-CR

Brady **DUPREE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3412W
Honorable Jennifer Pena, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on July 31, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court